IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FORREST CRAIG MCCONLEY,**

    *Plaintiff*,

v.                                             Case No.: 4:24cv484-MW/MAF

**WELLS FARGO BANK, N.A.,**
et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 38, and has also reviewed *de novo* Plaintiff's objections, ECF No. 39. As noted in the report and recommendation, Plaintiff's claims are time-barred by the statute of limitations. In his objections, Plaintiff continues to assert that his "fraud-based claims" are subject to the delayed-discovery doctrine, and thus, they are not time-barred. But Plaintiff misapprehends the way this Court is required to liberally construe *pro se* complaints at the pleading stage. Just because this Court liberally construes a *pro se* pleading in the light most favorable to Plaintiff when ruling on a motion to dismiss does not mean this Court is required to re-write Plaintiff's conclusory allegations and asserted claims to state the necessary underlying facts that would allow Plaintiff to claim the benefit of the delayed-discovery doctrine.

Here, this Court cannot say with certainty that Plaintiff could never allege facts giving rise to a claim for fraud, fraudulent concealment, fraudulent misrepresentation, etc. But as alleged in the operative complaint, Plaintiff has not done so, and this Court cannot ignore the facts and claims as alleged to allow Plaintiff's amended complaint to go forward notwithstanding the applicable statutes of limitations.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 38, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The motions to dismiss, ECF No. 28 and 31, are **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 24, is **DISMISSED without prejudice**." To the extent Plaintiff believes he can, in good faith, allege a fraud claim, he may file a new action. In this case, however, the Clerk shall close the file.

**SO ORDERED on October 29, 2025.**

s/Mark E. Walker_____
**United States District Judge**
